This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

      **Plaintiff-Appellee,**

   **v.**                                       **No. 35,004**

**JAY CHARLEY,**

      **Defendant-Appellant.**

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Briana H. Zamora, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Jorge A. Alvarado, Chief Public Defender
Santa Fe, NM
Steven J. Forsberg, Assistant Appellate Defender
Albuquerque, NM

for Appellant

### MEMORANDUM OPINION

**HANISEE Judge.**

{1}    Defendant-Appellant Jay Charley (Defendant) has appealed from a conviction for aggravated DWI. We previously issued a notice of proposed summary disposition in which we proposed to uphold the conviction. Defendant has filed a combined memorandum in opposition and motion to accept as timely. The motion is hereby granted.

{2}    Defendant continues to challenge the sufficiency of the evidence to support the conviction. [MIO 1] We gather that he may also renew his challenge to the denial of his motion to suppress. [MIO 1] However, Defendant advances no new argument or authority. We therefore remain unpersuaded.

{3}    Accordingly, for the reasons described in the notice of proposed summary disposition, we affirm.

{4}    **IT IS SO ORDERED.**

_____

**J. MILES HANISEE, Judge**

**WE CONCUR:**

_____

**MICHAEL E. VIGIL, Chief Judge**

2

_____

**RODERICK T. KENNEDY, Judge**